Certificate Number: 06531-PAM-DE-039074949

Bankruptcy Case Number: 24-02928



06531-PAM-DE-039074949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 17, 2024, at 6:18 o'clock PM CST, Kenton B Loxley completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 17, 2024

By: /s/Jacqueline Gonzalez Guillen

Name: Jacqueline Gonzalez Guillen

Title: Credit Counselor