United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kenton B. Loxley  
Deborah D. Loxley  
    Debtors

Case No. 24-02928-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 13, 2024      Form ID: ntcnfhrg      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenton B. Loxley, Deborah D. Loxley, 6687 South Rd., Seven Valleys, PA 17360-8570 |
| 5667994 | | Advanced Surgery Center of Lancaster, 160 N. Pointe Blvd. Ste 105, Lancaster, PA 17601-4134 |
| 5668005 | | Commercial Acceptance Company, Attn. Bankruptcy, 23300 Gettysburg Rd. Ste. 102, Camp Hill, PA 17011 |
| 5668007 | | David J Bene MD, 400 Pine Grove Commons, York, PA 17403-5161 |
| 5668014 | | OSS Health, Attn: Bankruptcy, PO Box 12854, Philadelphia, PA 19176-0854 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5667993 | | Email/Text: jhill@arc1.biz | Dec 13 2024 18:42:00 | Account Resolution Corporation, PO Box 3860, Chesterfield, MO 63006-3860 |
| 5667995 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 18:47:31 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5667996 | ^ | MEBN | Dec 13 2024 18:41:13 | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 5667997 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2024 18:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5667998 | | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 13 2024 18:48:11 | Best Egg, Attn: Bankruptcy, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5668002 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2024 18:42:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5668962 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2024 18:42:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5667999 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 18:47:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5668000 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 18:47:30 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668001 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2024 18:47:31 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668003 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2024 18:42:00 | Comenity Bk/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5668004 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2024 18:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5668006 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 13 2024 18:47:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |

Case 1:24-bk-02928-HWV    Doc 22    Filed 12/15/24    Entered 12/16/24 00:24:50    Desc  
Imaged Certificate of Notice      Page 1 of 4

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5668022 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 13 2024 18:42:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5671905 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 18:42:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5668008 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 18:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5668023 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2024 18:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5668009 | ^ | MEBN | Dec 13 2024 18:40:42 | JP RMP, PO Box 16749, Rocky River, OH 44116-0749 |
| 5668010 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2024 18:48:03 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 5671686 | + | Email/Text: RASEBN@raslg.com | Dec 13 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5668011 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2024 18:42:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5668012 | | Email/Text: camanagement@mtb.com | Dec 13 2024 18:42:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5671327 | + | Email/Text: camanagement@mtb.com | Dec 13 2024 18:42:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5668013 | | Email/Text: Unger@Members1st.org | Dec 13 2024 18:42:00 | Members 1st Fcu, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5668026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 18:42:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5668024 | | Email/Text: fesbank@attorneygeneral.gov | Dec 13 2024 18:42:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5668015 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:47:19 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668016 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 18:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668018 | | Email/Text: bankruptcy@td.com | Dec 13 2024 18:42:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 5670303 | ^ | MEBN | Dec 13 2024 18:40:36 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 5668017 | | Email/Text: bncmail@w-legal.com | Dec 13 2024 18:42:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5668025 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 13 2024 18:42:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5668019 | ^ | MEBN | Dec 13 2024 18:41:20 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5668027 | ^ | MEBN | Dec 13 2024 18:41:03 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5668020 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2024 18:48:30 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 5668021 | + | Email/Text: bankruptcynotification@wellspan.org | Dec 13 2024 18:42:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Deborah D. Loxley jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Kenton B. Loxley jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kenton B. Loxley,<br>**Debtor 1**<br><br>Deborah D. Loxley,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:24−bk−02928−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: January 22, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 13, 2024 |

ntcnfhrg (08/21)