M&T BANK
475 Crosspoint Pkwy,
Getzville, NY 14068

UNITED STATES
BANKRUPTCY COURT
FOR THE 24-02928 Middle
Pennsylvania (Harrisburg)

**NOTICE OF WITHDRAWAL**

In re: Kenton B. Loxley and Deborah D. Loxley

CHAPTER 13
CASE NUMBER: 24-02928
TO: Clerk of the Court

Please withdraw claim number 12 in the amount of $8899.28 on behalf of Manufacturers and Traders Trust Company.

DATED:1/6/2025

Manufacturers and Traders Trust Company

/s/ Stacy Molea