UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-02928 |
|---|---|
| KENTON B LOXLEY<br>DEBORAH D LOXLEY | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/17/2025, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/17/2025

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KENTON B LOXLEY<br>DEBORAH D LOXLEY | CASE NO: 24-02928<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 3/17/2025, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/17/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | | |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-02928<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON MAR 17 7-40-56 PST 2025 | ~~(U)MT BANK~~ | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | |

EXCLUDE

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102-1104~~

ACCOUNT RESOLUTION CORPORATION
PO BOX 3860
CHESTERFIELD MO 63006-3860

ADVANCED SURGERY CENTER OF LANCASTER
160 N POINTE BLVD STE 105
LANCASTER PA 17601-4134

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO TX 79998-1540

ASPEN DENTAL
PO BOX 3126
SYRACUSE NY 13220-3126

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIR
TAMPA FL 33634-2413

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BEST EGG
ATTN BANKRUPTCY
PO BOX 42912
PHILADELPHIA PA 19101-2912

(P)DEPARTMENT OF LABOR INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITIBANK
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANK NA
CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CITIBANKBEST BUY
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

EXCLUDE

~~(D)(P)CITIZENS BANK N A~~
~~ATTN BANKRUPTCY TEAM~~
~~ONE CITIZENS BANK WAY~~
~~JCA115~~
~~JOHNSTON RI 02919-1922~~

COMENITY BKULTA
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITYCAPITALBOSCOV
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMMERCIAL ACCEPTANCE COMPANY
ATTN BANKRUPTCY
23300 GETTYSBURG RD STE 102
CAMP HILL PA 17011

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS NV 89113-2273

DAVID J BENE MD
400 PINE GROVE COMMONS
YORK PA 17403-5161

DISCOVER BANK
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JP RMP<br>PO BOX 16749<br>ROCKY RIVER OH 44116-0749 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID<br>CRANE PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| JPMCB<br>PO BOX 15369<br>WILMINGTON DE 19850-5369 | KOHLS<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MT BANK<br>PO BOX 1508<br>BUFFALO NY 14240-1508 | ~~EXCLUDE~~<br>~~(D)(P)MT BANK~~<br>~~LEGAL DOCUMENT PROCESSING~~<br>~~626 COMMERCE DRIVE~~<br>~~AMHERST NY 14228-2307~~ |
| MEMBERS 1ST FCU<br>ATTN BANKRUPTCY<br>PO BOX 8893<br>CAMP HILL PA 17001-8893 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | OSS HEALTH<br>ATTN BANKRUPTCY<br>PO BOX 12854<br>PHILADELPHIA PA 19176-0854 |
| (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RESURGENT CAPITAL SERVICES AS SERVICING AGEN<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ~~EXCLUDE~~<br>~~(D)RESURGENT RECEIVABLES LLC~~<br>~~RESURGENT CAPITAL SERVICES~~<br>~~PO BOX 10587~~<br>~~GREENVILLE SC 29603-0587~~ | SYNCBCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | (P)TD BANK USA N A<br>ATTN CO WEINSTEIN RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
| TD BANK NA<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | TARGET<br>CO FINANCIAL RETAIL SRVS MAILSTOP BT<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 | (P)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 |
| (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UPMC IN CENTRAL PA<br>PO BOX 2353<br>HARRISBURG PA 17105-2353 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG   PA 17102-1104~~

WELLS FARGO BANK NA
ATTN BANKRUPTCY
1 HOME CAMPUS
MAC X2303-01A FL 3
DES MOINES   IA 50328-0001

WELLS FARGO BANK  NA   WELLS FARGO CARD
SER
PO BOX 10438  MAC F823502F
DES MOINES   IA  50306-0438

WELLSPAN HEALTH
PO BOX 15119
YORK   PA 17405-7119

EXCLUDE
~~DEBORAH D LOXLEY~~
~~6687 SOUTH RD~~
~~SEVEN VALLEYS   PA 17360-8570~~

(P)JACK N   ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG   PA 17102-2151~~

EXCLUDE
~~KENTON B LOXLEY~~
~~6687 SOUTH RD~~
~~SEVEN VALLEYS   PA 17360-8570~~